# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case No. 1:04CR00072 |
| v. | ) | |
| | ) | **FINAL ORDER** |
| | ) | |
| **STEVEN WINFIELD TOMERSHEA,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that the defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C.A. § 2255 is DENIED as untimely and without merit, and the Clerk will terminate the defendant's related motions (ECF Nos. 89, 90, 92, & 94).

Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

ENTER: June 25, 2012

/s/ James P. Jones
United States District Judge